UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA                    16-CV-39LJV

                Plaintiff,

   -vs-

Christopher Lee, et al.

                Defendants.
_____

## **ORDER GRANTING CASE CLOSURE WITH LEAVE TO REOPEN**

     PLEASE TAKE NOTICE that, no adverse party having served an answer or motion in this action, the Plaintiff United States of America, by Robert J. Kalb, Esq., of Forsyth, Howe, O'Dwyer, Kalb & Murphy, P.C., Attorneys for the Plaintiff in this action, hereby acknowledges the automatic stay pursuant to title 11 U.S. Code Section 362 (d) and Bankruptcy Rules Sections 4001 (a) and 9014 that exist in this case due to the Chapter 13 Bankruptcy that was filed in the Western District of New York Bankruptcy Court by the Defendant, Christopher Lee, on 6/8/2016, BK Case Number 16-11138, without prejudice to the rights of the Plaintiff.

That the United States of America respectfully requests that the court administratively close this case with leave to reopen once the stay imposed under Federal Bankruptcy Law is no longer in effect.

**IT IS SO ORDERED.**

DATED: June 20, 2016, Buffalo, New York

                                       *s/ Lawrence J. Vilardo*
                                       LAWRENCE J. VILARDO
                                       UNITED STATES DISTRICT JUDGE